## Workman *v.* Hazle Brook Coal Company, Appellant.

Argued December 15, 1938.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and RHODES, JJ.

*P. B. Roads,* for appellant.

*Roger J. Dever,* for appellee.

PER CURIAM, January 31, 1939:
The judgment is affirmed on the opinion of the learned President Judge of the court below.